# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| United States of America, | ) | |
|---|---|---|
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Sage Claymore, | ) | Case No. 1:15-cr-046 |
| Defendant. | ) | |

As defendant is currently on supervised release in Case No. 1:12-cr-096, the court shall quash the arrest warrant issued in the above-entitled action. The Clerk's office shall issue a summons for defendant to appear before the undersigned on March 18, 2015, at 3:30 p.m. at the U.S. Courthouse in Bismarck, North Dakota (courtroom #2), for an initial appearance and arraignment.

**IT IS SO ORDERED.**

Dated this 9th day of March, 2015.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court